AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TYLER JOHN WARD

    Plaintiff

    v.      Civil Action No. 3:23-cv-687

WESTVILLE CORRECTIONAL FACILITY
*Idoc, Indiana Department of Correction*
*also known as*
Westville Correctional

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Joseph S. Van Bokkelen.

DATE:  09/18/2023           CHANDA J. BERTA, CLERK OF COURT

         by  s/J. Barboza
         *Signature of Clerk or Deputy Clerk*